1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   CHRISTIAN BARRETTE, et al.,

11                    Plaintiff,

12            v.

13   JUBILEE FISHERIES, INC.,

14                    Defendant.

CASE NO. C10-1206 MJP

ORDER ON MOTION TO EXTEND
DISCOVERY AND DISPOSITIVE
MOTIONS DEADLINE

15

16      The Court, having received and reviewed the Stipulation to Extend Deadline for

17   Discovery and For Filing Dispositive Motions (Dkt. No. 34), makes the following findings:

18      The request contains no specific (or insufficient) facts to establish good cause for a

19   continuance/revision and/or

20      The request provides no suitable explanation as to why the existing case schedule

21   deadlines were not met.

22      Therefore, IT IS ORDERED that the request to revise the existing case schedule is

23   DENIED without prejudice to bring a renewed motion which cures the defects noted above and

24   outlines a plan for meeting the revised deadlines.

ORDER ON MOTION TO EXTEND DISCOVERY
AND DISPOSITIVE MOTIONS DEADLINE- 1

1        The clerk is ordered to provide copies of this order to all counsel.

2        Dated this _2nd_ day of September, 2011.

3

4

5                                     Marsha J. Pechman

6                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ON MOTION TO EXTEND DISCOVERY
AND DISPOSITIVE MOTIONS DEADLINE- 2