UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTIAN BARRETTE, et al.,<br><br>            Plaintiff,<br><br>    v.<br><br>JUBILEE FISHERIES, INC.,<br><br>            Defendant. | CASE NO. C10-1206 MJP<br><br>ORDER ON MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTIONS DEADLINE |

The Court, having received and reviewed the Stipulation to Extend Deadline for Discovery and For Filing Dispositive Motions (Dkt. No. 34), makes the following findings:

The request contains no specific (or insufficient) facts to establish good cause for a continuance/revision and/or

The request provides no suitable explanation as to why the existing case schedule deadlines were not met.

Therefore, IT IS ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

ORDER ON MOTION TO EXTEND DISCOVERY
AND DISPOSITIVE MOTIONS DEADLINE- 1

1  The clerk is ordered to provide copies of this order to all counsel.

2  Dated this _2nd_ day of September, 2011.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER ON MOTION TO EXTEND DISCOVERY
AND DISPOSITIVE MOTIONS DEADLINE- 2