UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTIAN BARRETTE, | CASE NO. C10-1206 MJP |
| Plaintiff, | ORDER ON MOTION TO REVISE CASE SCHEDULE |
| v. | |
| JUBILEE FISHERIES, INC., | |
| Defendant. | |

The Court, having received and reviewed the Stipulated Motion to Extend Deadline for Discovery (Dkt. No. 45), makes the following findings:

The motion contains no specific (or insufficient) facts to establish good cause for a continuance/revision and/or

The motion provides no suitable explanation as to why the existing case schedule deadlines were not met.

Therefore, IT IS ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

ORDER ON MOTION TO REVISE CASE
SCHEDULE- 1

1 The clerk is ordered to provide copies of this order to all counsel.

2 Dated this 19th day of September, 2011.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER ON MOTION TO REVISE CASE
SCHEDULE- 2